

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

March 11, 2015

Adolfo Garcia
Assistant Attorney General
P.O. Box 12017
Austin, TX 78711

Anita Garza
214 Dwyer Ave, Ste 315
San Antonio, TX 78204

Deterrean Shaunessey Gamble
Office of the Attorney General of Texas
P.O. Box 12017
MC 038-1
Austin, TX 78711

Dora Martinez Castanon
Zapata County District Clerk
200 E. 7th Avenue, Ste. 119
Zapata, TX 78076

RE:    Court of Appeals Number:    04-13-00501-CV
        Trial Court Case Number:    8,248
        Style: Office of the Attorney General
              v.
              Blanca De Leon

The Court has this date issued the Mandate in the above styled and numbered cause.

Very truly yours,
KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 49TH JUDICIAL DISTRICT COURT OF ZAPATA COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on December 31, 2014, the cause upon appeal to revise or reverse your judgment between

Office of the Attorney General, Appellant

V.

Blanca De Leon, Appellee

No. 04-13-00501-CV and Tr. Ct. No. 8,248

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's judgment is REVERSED. We RENDER JUDGMENT that Appellee Blanca De Leon take nothing. Costs of this appeal are taxed against Appellee Blanca De Leon.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on March 11, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-13-00501-CV

**Office of the Attorney General**

**v.**

**Blanca De Leon**

(NO. 8,248 IN 49TH JUDICIAL DISTRICT COURT OF ZAPATA COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | ANITA GARZA |
| MOTION FEE | $10.00 | E-PAID | ANITA GARZA |
| MOTION FEE | $10.00 | EXEMPT | DETERREAN  GAMBLE |
| REPORTER'S RECORD | $125.00 | PAID | OFFICE OF THE ATTORNEY GENERAL |
| FILING | $175.00 | EXEMPT | N/A |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this March 11, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853